FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARILYN ARNZEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | NO: 4:25-cv-05088-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is a stipulated dismissal submitted by Plaintiff Marilyn Arnzen and Defendant State Farm Fire and Casualty Company. ECF No. 16. The parties agree to dismiss all claims against State Farm Fire and Casualty Company with prejudice and without costs or attorney fees as to any party. The Court has reviewed the record and files herein and is fully informed.

**Accordingly, IT IS ORDERED:**

1. Pursuant to Rule 41(a) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorney fees as to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and CLOSE the file.

**DATED** February 24, 2026.

_____
REBECCA L. PENNELL
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2