AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Feb 24, 2026

SEAN F. McAVOY, CLERK

MARILYN ARNZEN, an individual

*Plaintiff*

v.

STATE FARM FIRE AND CASUALTY COMPANY

*Defendant*

Civil Action No. 4:25-cv-05088-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 17, to Rule 41(a) and the parties' stipulation at ECF No. 16, this action is DISMISSED with prejudice and without costs or attorney fees as to any party.
Judgment of Dismissal with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rebecca L. Pennell.

Date: 2/24/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*